FRANK W. JACKSON, as Receiver of the PARK BANK OF PITTSBURGH, PA., Appellant, v. THE CHASE NATIONAL BANK, Respondent.— Judgment and order

affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Martin and Burr, JJ.